UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH ALFRED LINVILLE, JR.,

           Petitioner,

v.

ROBERT JACKSON,

           Respondent.

Case No. C25-1662-JNW

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    This action is DISMISSED for lack of jurisdiction.

    (3)    Petitioner's application to proceed *in forma pauperis* (Dkt. 4-1) is DENIED as moot.

//

//

//

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 21st day of October, 2025.

                                                Jamal N. Whitehead
                                                United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2